IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOSHUA LEE WARD, JR.,

    Plaintiff,

  v.

Case No. 20-cv-993

DAN DIACKER,

    Defendant.

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

| /s/ | 1/6/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |